IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY PERCOATS, | No. C 09-3022 WHA (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| MARIN COUNTY SHERIFF DEPARTMENT and SHERIFF ROBER T. DOYLE, | |
| Defendants. | |

This is a civil rights case brought pro se by a prisoner at the Marin County Jail. On the day the complaint was filed, the court notified plaintiff that his application for leave to proceed in forma pauperis ("IFP") was deficient because it the certificate of funds was not completed and because plaintiff did not attach a copy of transactions in his inmate account as required by 28 U.S.C. 1915(b)(2). Plaintiff was informed that if he did not either pay the fee or correct the IFP application's deficiencies within thirty days the case would be dismissed.

Plaintiff has filed a new IFP application. On page five, which is the Certificate of Funds in Inmate Account, he has written that the staff will not complete it because he has not been at the jail for six months, the time covered by the certificate. He does not explain why he has not provided the printout of transactions in his inmate account required by statute, but as the printout is supposed to cover six months, perhaps that is implicit in his explanation of his failure to provide the Certificate of Funds.

Plaintiff obviously cannot be expected to provide information about his jail account covering a period longer than the time he has been at the jail. He shall provide a Certificate of Funds covering whatever period he has been at the jail. He may cross out the portion of the form certificate that says "six months" and insert however many months he has been at the jail. He also shall provide a printout of transactions in his inmate account for that time period. He must do so within thirty days or this case will be dismissed.

**IT IS SO ORDERED.**

Dated: August  20 , 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.09\PERCOATS3022.EXT-P.wpd